1  PETER C. ANDERSON
   UNITED STATES TRUSTEE
2  JILL M. STURTEVANT, State Bar No. 089395
   ASSISTANT UNITED STATES TRUSTEE
3  MELANIE SCOTT, State Bar No. 234646
   TRIAL ATTORNEY
4  OFFICE OF THE UNITED STATES TRUSTEE
   915 Wilshire Blvd., Suite 1850
5  Los Angeles, California 90017
   (213) 894-7244 telephone
6  (213) 894-2603 facsimile
   Email: melanie.green@usdoj.gov

**FILED & ENTERED**

**MAY 25 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

LORENA CARMEN MARTIN,

Debtor.

Case No. 2:13-bk-29481-ER_____

Chapter 7

**ORDER GRANTING EX PARTE MOTION TO REOPEN CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 350(b) AND TO DIRECT APPOINTMENT OF TRUSTEE**
[Doc. No. 12]

[No Hearing Required]

   Upon consideration of the Ex Parte Motion to Reopen Chapter 7 Case Pursuant to 11 U.S.C. § 350(b) and to Direct Appointment of Trustee, and for GOOD CAUSE APPEARING, the Court orders as follows:

   1. The Ex Parte Motion to Reopen Chapter 7 Case Pursuant to 11 U.S.C. §350(b) and to Direct Appointment of Trustee shall be and hereby is GRANTED in its entirety;

   2. The above-referenced case shall be and hereby is REOPENED;

1

3. The United States Trustee shall be and hereby is directed to appoint a chapter 7 trustee to serve in this case.

IT IS SO ORDERED.

### ###

Date: May 25, 2016

*Ernest M. Robles*
Ernest M. Robles
United States Bankruptcy Judge

2