| | |
|---|---|
| M. Erik Clark, #188693<br>Borowitz & Clark, LLP<br>100 N. Barranca Street, Suite 250<br>West Covina, CA 91791<br>(626) 332-8600 Tel.<br>(626) 332-8644 Fax.<br>notices@blclaw.com | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Name of Debtor(s) listed on the bankruptcy case:<br><br>Lorena Martin | CASE NO.: 2:13-bk-29481-ER<br>CHAPTER: 7 |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s): Lorena Martin
   Mailing Address: 645 Adler Lane
   City, State, Zip Code: Walnut, CA 91789

3. **New Address:** _____

   Mailing Address: 2438 Magdelena Drive
   City, State, Zip Code: West Covina, CA 91792

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number_____

   Joint Debtor's DeBN account numbe _____

Date: 8/8/2017

__Dolores Orozco_____
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

____Legal Assistant_____
Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                           F 1002-1.3.CHANGE.ADDRESS

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**100 N. Barranca St., Suite 250, West Covina, CA 91791**

A true and correct copy of the foregoing document entitled (*specify*): **CHANGE OF ADDRESS OF CREDITOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On 08/08/2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Timothy Yoo, Chapter 7 Trustee, 800 South Figueroa Street, Suite 120, Los Angeles, CA 90017
Ernest M. Robles, Honorable Judge, 255 East Temple Street, Suite 1560, Los Angeles, CA 90012
Lorena Martin, 2438 Megdelena Drive, West Covina, CA 91792

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/08/2017 | Dolores Orozco | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE