**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:13-BK-29481-ER |
| | § | |
| LORENA CARMEN MARTIN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Timothy J. Yoo, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $28,533.33 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $128,682.45 | | |

3) Total gross receipts of $280,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $122,784.22 (see **Exhibit 2),** yielded net receipts of $157,215.78 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $128,682.45 | $128,682.45 | $128,682.45 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $28,412.86 | $28,412.86 | $28,533.33 |
| **Total Disbursements** | $0.00 | $157,095.31 | $157,095.31 | $157,215.78 |

4). This case was originally filed under chapter 7 on 07/31/2013. The case was pending for 54 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/30/2018    By:   /s/ Timothy J. Yoo
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| CLASS ACTION LAWSUIT | 1249-000 | $280,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$280,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| EXEMPTION TURNOVER TO DEBTOR | Exemptions | 8100-002 | $90,023.02 |
| UNITED STATES BANKRUPTCY COURT | Surplus Funds | 8200-002 | $32,761.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$122,784.22** |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TIMOTHY J. YOO, CHAPTER 7 TRUSTEE, Trustee | 2100-000 | NA | $7,316.64 | $7,316.64 | $7,316.64 |
| TIMOTHY J. YOO, CH 7 TRUSTEE, Trustee | 2200-000 | NA | $56.47 | $56.47 | $56.47 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $37.73 | $37.73 | $37.73 |
| East West Bank | 2600-000 | NA | $148.14 | $148.14 | $148.14 |
| Union Bank | 2600-000 | NA | $396.49 | $396.49 | $396.49 |
| B/R SEARCH EXPENSE | 2990-002 | NA | $8.75 | $8.75 | $8.75 |
| FILE/LITIGATION EXPENSE | 2990-002 | NA | $779.51 | $779.51 | $779.51 |
| PLAINTIFFS RESOURCES FEE | 2990-002 | NA | $207.78 | $207.78 | $207.78 |
| QSF FEE | 2990-002 | NA | $43.74 | $43.74 | $43.74 |
| FERRER LLC FEE, | 3701-000 | NA | $26,456.37 | $26,456.37 | $26,456.37 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Attorney for Debtor | | | | | |
| FERRER, POIROT & WANSBROUGH FEE, Attorney for Debtor | 3701-000 | NA | $8,818.79 | $8,818.79 | $8,818.79 |
| SCHROEDER FEE, Attorney for Debtor | 3701-000 | NA | $8,818.79 | $8,818.79 | $8,818.79 |
| 4% MDL FEES FROM FPW, Attorney for Debtor | 3701-002 | NA | $11,200.00 | $11,200.00 | $11,200.00 |
| PORTION OF ATTYS FEES THAT ARE NON COMPENSABLE, Attorney for Debtor | 3701-002 | NA | $58,043.25 | $58,043.25 | $58,043.25 |
| 2% MDL EXPENSE FROM CLIENT, Attorney for Debtor | 3702-002 | NA | $5,600.00 | $5,600.00 | $5,600.00 |
| JEFFREY L SUMPTER, Other Professional | 3991-000 | NA | $750.00 | $750.00 | $750.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$128,682.45** | **$128,682.45** | **$128,682.45** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Navient Solutions, Inc. | 7200-000 | $0.00 | $472.72 | $472.72 | $472.72 |
| 2 | Capital One NA | 7200-000 | $0.00 | $1,830.64 | $1,830.64 | $1,830.64 |
| 3 | Chase Bank USA, N.A. | 7200-000 | $0.00 | $5,363.42 | $5,363.42 | $5,363.42 |
| 4 | Chase Bank USA, N.A. | 7200-000 | $0.00 | $10,020.93 | $10,020.93 | $10,020.93 |
| 5 | Chase Bank USA, N.A. | 7200-000 | $0.00 | $10,725.15 | $10,725.15 | $10,725.15 |
| | Capital One NA | 7990-000 | $0.00 | $0.00 | $0.00 | $7.76 |
| | Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $22.74 |
| | Chase Bank USA, N.A. | 7990-000 | $0.00 | $0.00 | $0.00 | $42.49 |
| | Chase Bank USA, | 7990-000 | $0.00 | $0.00 | $0.00 | $45.48 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| N.A. |  |  |  |  |  |
| Navient Solutions, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $2.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $0.00 | $28,412.86 | $28,412.86 | $28,533.33 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 13-29481 | Trustee Name: | Timothy J. Yoo |
|---|---|---|---|
| Case Name: | MARTIN, LORENA CARMEN | Date Filed (f) or Converted (c): | 07/31/2013 (f) |
| For the Period Ending: | 1/30/2018 | §341(a) Meeting Date: | 08/26/2013 |
| | | Claims Bar Date: | 09/06/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   CLASS ACTION LAWSUIT   (u) | $0.00 | $70,000.00 | | $280,000.00 | FA |
| **Asset Notes:**   CLASS ACTION LAWSUIT INVOLVING YAS/YASMIN,, SEE NARRATIVE FOR DETAILS | | | | | |
| INT   Post-Petition Interest Deposits   (u) | Unknown | Unknown | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                   **Gross Value of Remaining Assets**
                                                         $0.00            $70,000.00                          $280,000.00                              $0.00

**Major Activities affecting case closing:**

05/30/2017   THE VOLUNTARY CHAPTER 7 PETITION WAS FILED ON AUGUST 26, 2013. TIMOTHY J. YOO WAS THE APPOINTED CHAPTER 7 TRUSTEE. AFTER EXAMINATION OF THE DEBTOR, A NO DISTRIBUTION REPORT WAS FILED.
IN APRIL 2016, THE TRUSTEE WAS INFORMED OF A CLASS ACTION LAWSUIT INVOLVING YAS/YASMIN MEDICATION AND TO WHICH THE DEBTOR WAS A DEFENDANT. THE DEBTOR DID NOT SCHEDULE THE CLASS ACTION LAWSUIT IN HER SCHEDULES. AFTER REVIEWING THE SETTLEMENT DOCUMENTS AND CONTACT WITH LITIGATION COUNSEL, THE TRUSTEE INFORMED THE OFFICE OF THE U.S. TRUSTEE OF THE ASSET AND REQUEST FOR THE U.S. TRUSTEE TO FILE A MOTION TO REOPEN THE BANKRUPTCY CASE.
ON MAY 24, 2016, A MOTION TO REOPEN THE CASE WAS FILED AND APPROVED PER COURT ORDER ENTERED ON MAY 25, 2016. TIMOTHY J. YOO WAS REAPPOINTED AS CHAPTER 7 TRUSTEE ON JUNE 1, 2016.
THE TRUSTEE ENTERED INTO STIPULATION WITH THE DEBTOR REGARDING DEBTOR'S EXEMPTION. THE ESTATE WILL RECEIVE $70,000, WITH THE DEBTOR ALLOWED EXEMPTION FOR THE BALANCE OF THE $100,000 SETTLEMENT. THE ORDER APPROVING THE STIPULATION WAS ENTERED ON MAY 31, 2016.
THE TRUSTEE FILED ESTATE TAX RETURNS AND RECEIVED TAX CLEARANCE.

PRELIMINARY CLAIMS ANALYSIS REVEALED ONLY TWO CLAIMS FILED. THE TRUSTEE CONTACTED CREDITORS TO FILE CLAIMS AND WAS SUCCESSFUL FOR SEVERAL CREDITORS FILING PROOFS OF CLAIM. THEREAFTER, THE TRUSTEE PROCEEDED WITH CLOSING OF CASE.

**Initial Projected Date Of Final Report (TFR):**   03/31/2017        **Current Projected Date Of Final Report (TFR):**   03/31/2017        /s/ TIMOTHY J. YOO
                                                                                                                                                TIMOTHY J. YOO

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1    Exhibit 9

| Case No. | 13-29481 | | | Trustee Name: | Timothy J. Yoo |
|---|---|---|---|---|---|
| Case Name: | MARTIN, LORENA CARMEN | | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6546 | | | Checking Acct #: | ******7184 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 7/31/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/04/2016 | | MARTIN, LORENA CARMEN | RE: ORDER ENTERED 5/31/16 RE SETTLEMENT FUNDS FROM CLASS ACTION LAWSUIT | * | $70,000.00 | | $70,000.00 |
| | {1} | | RE: ORDER ENTERED 5/31/16 RE SETTLEMENT FUNDS FROM CLASS ACTION LAWSUIT      $280,000.00 | 1249-000 | | | $70,000.00 |
| | | | 2% MDL EXPENSE FROM CLIENT    $(5,600.00) | 3702-002 | | | $70,000.00 |
| | | | 4% MDL FEES FROM FPW    $(11,200.00) | 3701-002 | | | $70,000.00 |
| | | | FERRER, POIROT & WANSBROUGH FEE    $(8,818.79) | 3701-000 | | | $70,000.00 |
| | | | SCHROEDER FEE    $(8,818.79) | 3701-000 | | | $70,000.00 |
| | | | FERRER LLC FEE    $(26,456.37) | 3701-000 | | | $70,000.00 |
| | | | FILE/LITIGATION EXPENSE    $(779.51) | 2990-002 | | | $70,000.00 |
| | | | PLAINTIFFS RESOURCES FEE    $(207.78) | 2990-002 | | | $70,000.00 |
| | | | QSF FEE    $(43.74) | 2990-002 | | | $70,000.00 |
| | | | B/R SEARCH EXPENSE    $(8.75) | 2990-002 | | | $70,000.00 |
| | | | EXEMPTION TURNOVER TO DEBTOR    $(90,023.02) | 8100-002 | | | $70,000.00 |
| | | | PORTION OF ATTYS FEES THAT ARE NON COMPENSABLE    $(58,043.25) | 3701-002 | | | $70,000.00 |
| 11/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.37 | $69,909.63 |
| 12/14/2016 | 100001 | JEFFREY L SUMPTER | RE: ORDER ENTERED 12/13/16 TAX PREPARER FEES FOR ESTATE TAX RETURNS FPE 10/31/16 | 3991-000 | | $750.00 | $69,159.63 |
| 12/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.38 | $69,059.25 |
| 01/25/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.13 | $68,956.12 |
| 01/27/2017 | 100002 | INTERNATIONAL SURETIES LTD | RE: LBR 2016-2 BOND PAYMENT PRO RATA SHARE BOND #016030867 INVOICE DTD 1/19/17 TERM: 1/4/17 TO 1/4/18 | 2300-000 | | $37.73 | $68,918.39 |
| | | | **SUBTOTALS** | | **$70,000.00** | **$1,081.61** | |

**FORM 2**

Page No: 2    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-29481 | | Trustee Name: | Timothy J. Yoo |
|---|---|---|---|---|
| Case Name: | MARTIN, LORENA CARMEN | | Bank Name: | Union Bank |
| Primary Taxpayer ID #: | **-***6546 | | Checking Acct #: | ******7184 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 7/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2017 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $102.61 | $68,815.78 |
| 03/21/2017 | | East West Bank | Transfer Funds | 9999-000 | | $68,815.78 | $0.00 |
| | | | **TOTALS:** | | $70,000.00 | $70,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $68,815.78 | |
| | | | **Subtotal** | | $70,000.00 | $1,184.22 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $70,000.00 | $1,184.22 | |

**For the period of 7/31/2013 to 1/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $280,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $280,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45,278.17 |
| Total Non-Compensable Disbursements: | $165,906.05 |
| Total Comp/Non Comp Disbursements: | $211,184.22 |
| Total Internal/Transfer Disbursements: | $68,815.78 |

**For the entire history of the account between 10/04/2016 to 1/30/2018**

| | |
|---|---|
| Total Compensable Receipts: | $280,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $280,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $45,278.17 |
| Total Non-Compensable Disbursements: | $165,906.05 |
| Total Comp/Non Comp Disbursements: | $211,184.22 |
| Total Internal/Transfer Disbursements: | $68,815.78 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-29481 | Trustee Name: | Timothy J. Yoo |
|---|---|---|---|
| Case Name: | MARTIN, LORENA CARMEN | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6546 | Checking Acct #: | ******0071 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/31/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/21/2017 | | Union Bank | Transfer Funds | 9999-000 | $68,815.78 | | $68,815.78 |
| 04/11/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $40.72 | $68,775.06 |
| 05/02/2017 | | East West Bank | Bank Service Fee | 2600-000 | | $107.42 | $68,667.64 |
| 07/20/2017 | 5001 | TIMOTHY J. YOO, CH 7 TRUSTEE | TRUSTEE EXPENSES FINAL DISTRIBUTION FILE NO. 7859.1 | 2200-000 | | $56.47 | $68,611.17 |
| 07/20/2017 | 5002 | TIMOTHY J. YOO, CHAPTER 7 TRUSTEE | TRUSTEE FEES FINAL DISTRIBUTION FILE NO. 7859.1 | 2100-000 | | $7,316.64 | $61,294.53 |
| 07/20/2017 | 5003 | Navient Solutions, Inc. | Claim #: 1; FINAL DISTRIBUTION | * | | $474.72 | $60,819.81 |
| | | | Claim Amount $(472.72) | 7200-000 | | | $60,819.81 |
| | | | Interest $(2.00) | 7990-000 | | | $60,819.81 |
| 07/20/2017 | 5004 | Capital One NA | Claim #: 2; FINAL DISTRIBUTION | * | | $1,838.40 | $58,981.41 |
| | | | Claim Amount $(1,830.64) | 7200-000 | | | $58,981.41 |
| | | | Interest $(7.76) | 7990-000 | | | $58,981.41 |
| 07/20/2017 | 5005 | Chase Bank USA, N.A. | Claim #: 3; FINAL DISTRIBUTION | * | | $5,386.16 | $53,595.25 |
| | | | Claim Amount $(5,363.42) | 7200-000 | | | $53,595.25 |
| | | | Interest $(22.74) | 7990-000 | | | $53,595.25 |
| 07/20/2017 | 5006 | Chase Bank USA, N.A. | Claim #: 4; FINAL DISTRIBUTION | * | | $10,063.42 | $43,531.83 |
| | | | Claim Amount $(10,020.93) | 7200-000 | | | $43,531.83 |
| | | | Interest $(42.49) | 7990-000 | | | $43,531.83 |
| 07/20/2017 | 5007 | Chase Bank USA, N.A. | Claim #: 5; FINAL DISTRIBUTION | * | | $10,770.63 | $32,761.20 |
| | | | Claim Amount $(10,725.15) | 7200-000 | | | $32,761.20 |
| | | | Interest $(45.48) | 7990-000 | | | $32,761.20 |
| 07/20/2017 | 5008 | LORENA CARMEN MARTIN | SURPLUS FUNDS TO DEBTOR FINAL DISTRIBUTION | 8200-003 | | $32,761.20 | $0.00 |
| 08/07/2017 | 5008 | STOP PAYMENT: LORENA CARMEN MARTIN | SURPLUS FUNDS TO DEBTOR FINAL DISTRIBUTION/INCORRECT ADDRESS AS DEBTOR MOVED | 8200-004 | | ($32,761.20) | $32,761.20 |
| | | | **SUBTOTALS** | | $68,815.78 | $36,054.58 | |

**FORM 2**

Page No: 4     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-29481 | | Trustee Name: | Timothy J. Yoo |
|---|---|---|---|---|
| Case Name: | MARTIN, LORENA CARMEN | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***6546 | | Checking Acct #: | ******0071 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/31/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2017 | 5009 | LORENA CARMEN MARTIN | RE: SURPLUS FUNDS TO DEBTOR FINAL DISTRIBUTION/ REPLACEMENT CHECK FOR CHECK #5008 | 8200-003 | | $32,761.20 | $0.00 |
| 10/11/2017 | 5009 | STOP PAYMENT: LORENA CARMEN MARTIN | RE: SURPLUS FUNDS TO DEBTOR FINAL DISTRIBUTION/ REPLACEMENT CHECK FOR CHECK #5008 | 8200-004 | | ($32,761.20) | $32,761.20 |
| 10/11/2017 | 5010 | UNITED STATES BANKRUPTCY COURT | RE: UNCLAIMED DIVIDEND - SEE ATTACHED REPORT | 8200-002 | | $32,761.20 | $0.00 |

| | | | |
|---|---|---|---|
| | TOTALS: | $68,815.78 | $68,815.78 | $0.00 |
| | Less: Bank transfers/CDs | $68,815.78 | $0.00 | |
| | Subtotal | $0.00 | $68,815.78 | |
| | Less: Payments to debtors | $0.00 | $32,761.20 | |
| | Net | $0.00 | $36,054.58 | |

| For the period of 7/31/2013 to 1/30/2018 | | For the entire history of the account between 03/21/2017 to 1/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $68,815.78 | Total Internal/Transfer Receipts: | $68,815.78 |
| | | | |
| Total Compensable Disbursements: | $36,054.58 | Total Compensable Disbursements: | $36,054.58 |
| Total Non-Compensable Disbursements: | $32,761.20 | Total Non-Compensable Disbursements: | $32,761.20 |
| Total Comp/Non Comp Disbursements: | $68,815.78 | Total Comp/Non Comp Disbursements: | $68,815.78 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 5 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  |
|---|---|---|---|
| **Case No.** | 13-29481 | **Trustee Name:** | Timothy J. Yoo |
| **Case Name:** | MARTIN, LORENA CARMEN | **Bank Name:** | East West Bank |
| **Primary Taxpayer ID #:** | **-***6546 | **Checking Acct #:** | ******0071 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 7/31/2013 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/30/2018 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $70,000.00 | $70,000.00 | $0.00 |

| For the period of 7/31/2013 to 1/30/2018 | | For the entire history of the case between 07/31/2013 to 1/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $280,000.00 | Total Compensable Receipts: | $280,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $280,000.00 | Total Comp/Non Comp Receipts: | $280,000.00 |
| Total Internal/Transfer Receipts: | $68,815.78 | Total Internal/Transfer Receipts: | $68,815.78 |
| Total Compensable Disbursements: | $81,332.75 | Total Compensable Disbursements: | $81,332.75 |
| Total Non-Compensable Disbursements: | $198,667.25 | Total Non-Compensable Disbursements: | $198,667.25 |
| Total Comp/Non Comp Disbursements: | $280,000.00 | Total Comp/Non Comp Disbursements: | $280,000.00 |
| Total Internal/Transfer Disbursements: | $68,815.78 | Total Internal/Transfer Disbursements: | $68,815.78 |

/s/ TIMOTHY J. YOO

TIMOTHY J. YOO